IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS; RICHARD PIOMBO and RUSSELL E. BURNS, as Trustees,<br><br>    Plaintiffs,<br><br>  v.<br><br>J & K SWEEPING, a California general partnership, and DONALD A. ARMSTRONG, JR., an individual, and DOES 1-10,<br><br>    Defendants.<br>_____/ | No. C 14-1179 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 9/15/2014

CLAUDIA WILKEN
United States District Judge

Cc: EDL; MagRef